**97–703.   State v. Martin.**
Franklin App. Nos. 96APA04–450 and 96APA04–459.   On motion for leave to file delayed appeal.

Motion denied.

PFEIFER, COOK and LUNDBERG STRATTON, JJ., dissent.